UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:24-cv-06399-KAM-MMH**

| | |
|---|---|
| **Natosha Dunston**, <br>　　　Plaintiff, <br>vs. <br><br>**155 East 121 123 LLC** and <br>**Corto Cafe LLC**, <br>　　　Defendants. | **JOINT STIPULATION OF VOLUNTARY** <br> **DISMISSAL WITHOUT PREJUDICE** <br> **AS TO DEFENDANT** <br> **155 EAST 121 123 LLC ONLY** |

Plaintiff, and Defendants, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action without prejudice against **155 East 121 123 LLC** only; except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: January 17, 2025

By: /s  Maria-Costanza Barducci
　　Maria-Costanza Barducci, Esq.
　　BARDUCCI LAW FIRM PLLC.
　　5 West 19th St., 10th Fl.
　　New York, NY 10011
　　Telephone: (212) 433-2554
　　mc@barduccilaw.com
　　*Attorneys for Plaintiff*

By: /s
　　Irena Shternfeld
　　Altman Schochet LLP
　　250 Broadway, 6th Floor
　　New York, NY 10007
　　212-344-8000
　　i.fulman@altschoc.com
　　*Attorney for 155 East 121 123 LLC*

cc: Via CM/ECF

1/18/2025