Maria-Costanza Barducci
BARDUCCI LAW FIRM
PLLC
5 West 19th Street, 10th

Floor New York, New York
10011 TELEPHONE:
212-433-2554

**February 20, 2025**

Honorable Marcia M. Henry
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11202

      *Re:   Natosha Dunston v. 155 East 121 123 LLC et al*
            *Civil Action No.:1:24-cv-06399-KAM-MMH*
            *Joint Notice of Settlement & Motion to Adjourn Conference*

Dear Honorable Magistrate Judge Henry,

    We represent Plaintiff in the above-styled action.

    Pursuant to the Court's January 8, 2025 and February 4, 2025 Scheduling Order [DE#21], the Parties are directed to participate in the Court's Initial Case Conference on February 25, 2025. Most primarily, the Parties together, file this letter as a notice to the Court to apprise that a Settlement in Principle has just been attained, and therein the parties are enveloped in the process of preparing the requisite Settlement papers and agreements therewith.

    Given that the Parties have now resolved the negotiations and need only finalize the terms of the Settlement, they naturally would jointly request the adjournment of the initial case conference on February 25, 2025. This application is made more than 48 hours before the Court Hearing.

    Moreover, while all are diligently working to perfect the Settlement documentations, the Parties anticipate that a Final Stipulation of Dismissal could be filed in the coming month or two, at most.

    Thank you for the Court's time and consideration.

                                    Most Respectfully,

                                    */s/ Maria Costanza Barducci*
                                    BARDUCCI LAW FIRM

                                    PLLC

Maria Costanza Barducci Esq.

cc: Via CM/ECF Only