UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:24-cv-06399-KAM-MMH**

| | |
|---|---|
| Natosha Dunston,<br>  Plaintiff,<br>vs.<br><br>155 East 121 123 LLC and<br>Corto Cafe LLC,<br>  Defendants. | **JOINT STIPULATION OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, and Defendant, Corto Café LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, , that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: March 26, 2025

By: /s   Maria-Costanza Barducci
  Maria-Costanza Barducci, Esq.
  BARDUCCI LAW FIRM PLLC.
  5 West 19th St., 10th Fl.
  New York, NY 10011
  Telephone: (212) 433-2554
  mc@barduccilaw.com
  *Attorneys for Plaintiff*

By: /s  Tatyana Agarunov
  Tatyana Agarunov, Esq.
  Agarunov Law Firm
  2650 Ocean Parkway
  Brooklyn, NY 11235
  212-920-5989
  Fax: 718-865-0626
  Email: t.agarunov@gmail.com
  *Attorney for Corto Cafe LLC*

cc: Via CM/ECF

So Ordered

3/27/2025